### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

**TERRELL R. JONES,**

    **Plaintiff,**

    **v.**                                                Case No. 20-1143-JAR-GEB

**UNITED STATES DEPARTMENT OF JUSTICE,**

    **Defendant.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Gwynne E. Birzer, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts as its own the recommended decision to deny Plaintiff's Motion to Proceed in forma pauperis, and to dismiss this case without prejudice under 28 U.S.C. § 1915(e)(2)(B) (Doc. 6).

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff Terrell Jones' Motion to Proceed in forma pauperis (Doc. 3) is denied in accordance with Judge Birzer's September 1, 2020 Report and Recommendation (Doc. 6). This case is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: September 28, 2020

                                                               S/ Julie A. Robinson
                                                               JULIE A. ROBINSON
                                                               CHIEF UNITED STATES DISTRICT JUDGE